AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Patricia A. | District Court - RI | 07/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>01/31/2013 |

**7. Chambers or Office Address**

Two Exchange Terrace
Providence RI 02903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Edwards Wildman Palmer LLP |
| 2. | Partner | Edwards Angell Palmer & Dodge LLP |
| 3. | Adjunct Faculty (PT) | Roger Williams School of Law |
| 4. | Member | Advisory Board of Roger Williams School of Law |
| 5. | Manager and Member | ▨▨▨▨▨▨ |
| 6. | Director | Rhode Island Bar Foundation |
| 7. | Director | Rhode Island Chapter of Federal Bar Association |
| 8. | Member | Rhode Island Unauthorized Practice of Law Committee |
| 9. | Director and Officer | Barrington Land Conservation Trust, Inc. |
| 10. | Member | Advisory Board of Hasbro Children's Hospital |
| 11. | Member | Board of Governors of Emma Pendleton Bradley Hospital |
| 12. | Corporator | Women's and Infant's Hospital |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Patricia A.** | 07/02/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Edwards Wildman Palmer LLP Partnership Agreement |
| 2. 2005 | Edwards Angell Palmer & Dodge LLP Partnership Agreement |
| 3. 2005 | Edwards Angell Palmer & Dodge LLP Defined Benefit Plan |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | Self employed attorney | $292,433.00 |
| 2. 2012 | Self employed attorney (terminal share under Partnership Agreement) | $54,013.00 |
| 3. 2012 | Self Employed attorney (deferred income under Defined Benefit Agreeement) | $585,476.73 |
| 4. 2012 | Roger Williams School of Law - Teaching | $1,500.00 |
| 5. 2011 | Self employed attorney | $305,301.00 |
| 6. 2011 | Roger Williams School of Law - Teaching | $1,500.00 |
| 7. 2010 | Self employed attorney | $478,301.00 |
| 8. 2010 | Delta Dental of Rhode Island, Inc. (board fees) | $5,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Citizens Bank (pension) |
| 2. 2013 | Bank of America (pension) |
| 3. 2012 | Citizens Bank (pension) |
| 4. 2012 | Bank of America (pension) |
| 5. 2011 | Citizens Bank (pension) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

2. _____ _____ _____ _____ _____

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Patricia A.** | 07/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual Account (401-K) | G | Int./Div. | | | | | | | |
| 2. --Stable Value Fund (Invesco) | | | | | | | | | |
| 3. --Income & Growth Portfolio | | | | | | | | | |
| 4. --MM S&P 500 Index Fd (Nthrn Tr) | | | | | | | | | |
| 5. --Sel MCG II Fd (TRP/Frontier) | | | | | | | | | |
| 6. --AmerFunds EuroPacific Gr Fund | | | | | | | | | |
| 7. --Sel Blue Chip Growth Fnd (TRP) | | | | | | | | | |
| 8. --MFS Value Fund | | | | | | | | | |
| 9. National Financial Services (IRA) | A | Int./Div. | | | | | | | |
| 10. --Nektar Therapeutics (NKTR) | | | | | | | | | |
| 11. --Fidelity Cash Reserves | | | | | | | | | |
| 12. Law Firm Capital Account | D | Interest | | | | | | | |
| 13. TD Bank North Account/CD | C | Interest | | | | | | | |
| 14. Bank of America Account (401-K) | B | Int./Div. | | | | | | | |
| 15. --Growth FD America R6 | | | | | | | | | |
| 16. --Dodge & Cox Stk Fd | | | | | | | | | |
| 17. --Columbia LgCap Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FID Diversifd Intl | | | | | | | | | |
| 19. --BAC Com STK Fund | | | | | | | | | |
| 20. --WA Core Bond I | | | | | | | | | |
| 21. --Stable Value Fund | | | | | | | | | |
| 22. --TRP Inst LgCap Grth | | | | | | | | | |
| 23. --Black Rock Eq Divd | | | | | | | | | |
| 24. --MFS Intl Grth | | | | | | | | | |
| 25. --Lifepath Retirement Q | | | | | | | | | |
| 26. Merrill Lynch Account (IRA) | D | Int./Div. | | | | | | | |
| 27. --Columbia International (CISAX) | | | | | | | | | |
| 28. --Columbia Mid Cap Growth (CBSTX) | | | | | | | | | |
| 29. --Fidelity Adviser Interm (FTBRX) | | | | | | | | | |
| 30. --Fidelity Adviser Equity (FAEGX) | | | | | | | | | |
| 31. --Fidelity Adviser Equity (FEIRX) | | | | | | | | | |
| 32. --Fidelity ADV High Income (FAHYX) | | | | | | | | | |
| 33. --Fidelity Adviser Growth (FAGOX) | | | | | | | | | |
| 34. Bank of America Common Stock (BAC) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Banco Santander American Depository Receipts | B | Dividend | | | | | | | |
| 36. LPL Financial Account | A | Dividend | | | | | | | |
| 37. --Banco Santander American Depository Receipts | | | | | | | | | |
| 38. MFS Investment Management (Educational Funds) | A | Dividend | J | T | | | | | |
| 39. --MFS Growth Allocation Fund A (MAGWX) | | | | | | | | | |
| 40. --MFS Growth Alloation Fund B (MBGWX) | | | | | | | | | |
| 41. US Treasury EE Bonds | A | Interest | J | T | | | | | |
| 42. Northwest Mutual Life Policy "Adjustable CompLife" | D | Dividend | M | T | | | | | |
| 43. Minnesota Variable Group Universal Life Insuarnce Policy | D | Int./Div. | K | T | | | | | |
| 44. --Janus Aspen Forty | | | | | | | | | |
| 45. --FID VIP Value | | | | | | | | | |
| 46. --Ivy VIP Value | | | | | | | | | |
| 47. --FID VIP Equity Income | | | | | | | | | |
| 48. --Janus Aspen OVES SS | | | | | | | | | |
| 49. ▓▓▓▓▓▓▓ | B | Distribution | M | U | | | | | |
| 50. BNY Mellon HSA Account | A | Interest | J | T | | | | | |
| 51. Sovereign Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sovereign Money Market Account | C | Interest | N | T | | | | | |
| 53. Schwab Account (IRA) | F | Int./Div. | P1 | T | | | | | |
| 54. --Schwab Govt Money Fund | | | | | | | | | |
| 55. --Schwab Money Market | | | | | | | | | |
| 56. --Federated US Govt Sec 2-5 Yrs | | | | | | | | | |
| 57. --Fidelity Floating Rate HI INCM | | | | | | | | | |
| 58. --First Eagle High Yield FD A | | | | | | | | | |
| 59. --Flexshares ETF IBoxx 3 Yr TRGT | | | | | | | | | |
| 60. --Invesco Conv Securities FD CL | | | | | | | | | |
| 61. --Lord Abbett Short Duration | | | | | | | | | |
| 62. --Pimco 0-5 High Yield Corp B | | | | | | | | | |
| 63. --Putnam Absolute Return 300 FD | | | | | | | | | |
| 64. --SCH US TIPS ETF | | | | | | | | | |
| 65. --Fidelity ADV Emerging Mkts Inc | | | | | | | | | |
| 66. --SPDR INTL Government TIPS ETF | | | | | | | | | |
| 67. --Templeton Global Bond Fund | | | | | | | | | |
| 68. --First Eagle US Value Fund CL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Goldman Sachs Small Mid Cap | | | | | | | | | |
| 70. --Heartland Value Plus | | | | | | | | | |
| 71. --Powershares S&P ETF 500 Low VO | | | | | | | | | |
| 72. --Putnam Capital Spectrum FD CL | | | | | | | | | |
| 73. --Royce Special Equity FD Invest | | | | | | | | | |
| 74. --Schwab S&P 500 Selct Shs | | | | | | | | | |
| 75. --First Eagle Overseas | | | | | | | | | |
| 76. --Ishares MSCI ETF Emerging MKTS | | | | | | | | | |
| 77. --Powershares ETF S&P | | | | | | | | | |
| 78. --SCHW Intl SCAP ETF | | | | | | | | | |
| 79. --SPDR DJ Wilshire Intl Real Est | | | | | | | | | |
| 80. --SPDR DJ Wilshire REIT | | | | | | | | | |
| 81. Schwab Account | A | Dividend | N | T | | | | | |
| 82. --Schwab Govt Money Fund | | | | | | | | | |
| 83. Schwab Santander 401-K Plan | E | Int./Div. | M | T | | | | | |
| 84. --Schwab Mngd Ret Trust 2010 Cl II | | | | | | | | | |
| 85. -- Dodge & Cox Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Harbor Capital Appreciation Instl | | | | | | | | | |
| 87. --SSGA S&P 500 CL E | | | | | | | | | |
| 88. --Banco Santander SA ADR | | | | | | | | | |
| 89. --Banco Santander SA ADR Liquidity Fu | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 07/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: I resigned from the positons on Lines 1-2, 8-12 prior to entering service. I have not been active in the position listed on Line 3 since entering service.

Part I: Please see my letter regarding the position listed on Line 6.

Part I: The entity listed on Line 9 is a non-profit corporation, not a trust. I was an uncompensated officer and director.

Part II: I terminated my participation in all of the agreement listed in Part II prior to entering service.

Part III-A: Line 8 reflects income that was not paid to me, but was paid directly to the law firm under the terms of the Partnership Agreement. I resigned from this position in April 2010.

Part VII: The asset listed on Line 49 is membership in an entity, which has never made a distribution to its members. However, the entity's sole asset, a vacation cottage, is used by the members from time to time. Upon reflection, it seemed that an estimate of the value of this use is a more accurate reflection of "income" than what was reported on the original version of this report.

Part VII: The information on Lines 83-89 reports an IRA account owned by my spouse. He lost track of it after he left the employment to which the account pertained and the hard copy reports were cancelled due to a switch to electronic reporting. I was completely unaware of the existence of this account, as a result of which it was omitted from the original version of this report. The income reported is a good faith estimate based on the reports for the account that my spouse was able to procure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544